UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| LABRESHA FULMER, AS NEXT § <br> FRIEND OF R.J., A MINOR § <br> § <br> V. §     CIVIL NO. 5:20-CV-00179-CMC <br> § <br> BRAUM'S, INC., § | |

## AGREED FINAL JUDGMENT

On October 25, 2021, the above-entitled and numbered cause of action was referred to the Honorable Caroline M. Craven in accordance with 28 U.S.C. § 636(c) and the consent of the parties. On November 10, 2021, the undersigned conducted a minor prove up hearing on a settlement as agreed upon by the parties.

Plaintiff LaBresha Fulmer, as Next Friend of R.J., Minor Child, appeared through her attorney of record, Nelson J. Roach, Carly Slack Anderson appeared as a duly appointed Guardian Ad Litem for R.J., a Minor, and Defendant Braum's, Inc. appeared through its attorney of record, William F. Allred.  The parties thereupon announced in open court that they had agreed upon a settlement and compromise of all matters and things in dispute between them, subject to the approval of the Court.  The terms, provisions and conditions of which settlement are stated in a certain written Settlement Agreement and Release signed by all necessary parties. By the terms of said Agreement and Release, it is it is agreed that LaBresha Fulmer, as Next Friend of R.J., a Minor, will be paid the total sum of THIRTY THOUSAND DOLLARS AND 00/100, ($30,000.00) by Defendant Braum's, Inc. as apportioned by this Court.  LaBresha Fulmer, as Next Friend of R.J., a Minor Child, acting through the minor's Guardian Ad Litem,

Carly Slack Anderson, have agreed to fully release, discharge and acquit Defendant Braum's, Inc. from any and all claims arising from a certain incident which occurred on or about January 12, 2015, and which is more particularly described in the Settlement Agreement and Release and the pleadings on file herein.

Thereupon, the Court proceeded to examine the pleadings and hear evidence upon all matters and issues involved. The Court having reviewed the pleadings, is of the opinion that there is a conflict of interest between Plaintiff and the minor child. Therefore, it was ordered that an attorney at law be and was hereby appointed guardian ad litem to represent said minor.

The duly appointed guardian ad litem, Carly Slack Anderson, having investigated the facts connected with this lawsuit and the nature of the injuries sustained by the minor and the terms of the proposed settlement, did, together with the Plaintiff, announces in open court that it was in their opinion that the offer of settlement was just, fair, reasonable, acceptable and in the best interest of the minor.

The Court finds that the guardian ad litem, Carly Slack Anderson, has acted in the best interest of the minor Plaintiff and the actions of the guardian ad litem are ratified and approved.

The Court is of the opinion and finds as a fact that the Settlement Agreement and Release as above-described is in all things fair and just and should be by this Court approved.

**CONSIDERATION:**

By way of this settlement, defendant has offered to pay the following sums to plaintiff:

A payment of $30,000.00 to be disbursed as follows:

1. **Plaintiffs' attorney fees are $10,000.00.**
2. **Plaintiffs' case expenses total to $6,914.14.**
3. **Plaintiffs' subrogation recovery amount is $47.60.**
5. **The net amount of $13,038.26 shall be paid to Mutual of Omaha Structured Settlement Company to fund an annuity to make periodic payments as outlined below.**

Future periodic payments on the dates and in the amounts indicated hereafter:

Payable to Raydon Jackson

$3,601.86 Annually, guaranteed 4 years, beginning on November 13, 2029. The last payment will be made on November 13, 2032.

**ASSIGNMENT:**

The obligation to make periodic payments described above may be assigned to Mutual of Omaha Structured Settlement Company and funded by an annuity contract issued by United of Omaha Life Insurance Company, rated A+ XV by A.M. Best Company, and A+ by Standard and Poor's.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the said Guardian Ad Litem, Carly Slack Anderson, be allowed a fee of $1,250.00 to be paid directly to the Ad Litem by Defendant. The Guardian Ad Litem's fee is not included in the total settlement amount. Upon the approval of the judgment by the Court, Carly Slack Anderson is discharged from her duties as Guardian Ad Litem.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all costs of court are hereby taxed against the party incurring same.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** by the Court that upon the paying of said sum of money apportioned as hereinabove set out, Defendant Braum's, Inc. shall be fully and finally released and discharged of all claims owned or possessed by Plaintiff, growing out of or in any way connected with the matters mentioned in Plaintiff's pleadings or in any way connected with the incident described in said pleadings.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all other relief prayed for herein by any party hereto and not expressly above granted is hereby in all things denied.

**SIGNED this 10th day of November, 2021.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE

APPROVED:

/s/ Nelson J. Roach
_____
Nelson J. Roach
Attorneys for Plaintiffs

/s/ William F. Allred
_____
William F. Allred
Attorney for Defendant

/s/ Carly Slack Anderson
_____
Carly Slack Anderson
Guardian Ad Litem